UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: LEONARA CARAPELLA,

                                                Case No: 8:10-bk-85-MGW
                                                Chapter 7 Case

      Debtor.
_____/

LAUREN P. GREENE,
as Chapter 7 Trustee,
and LEONORA CARAPELLA,

      Plaintiffs,

v.                                              Case No. 8:11-cv-2318-T-30

STANLEY J. GALEWSKI and
GALEWSKI LAW GROUP, P.A.,

      Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Amended Motion to Withdraw Reference of Adversary Proceeding No. 11-AP-00931-MGW (Dkt. 4) and Plaintiffs' Opposition to same (Dkt. 9 in Case 8:11-ap-00931-MGW). On November 22, 2011, the Court held a hearing on Defendants' Motion and heard argument from counsel. For the reasons stated on the record, it is ORDERED AND ADJUDGED that:

    1.    Defendants' Amended Motion to Withdraw Reference of Adversary Proceeding No. 11-AP-00931-MGW (Dkt. 4) is GRANTED.

2. The following adversary proceeding pending in bankruptcy court in this district is hereby withdrawn for disposition by the Court in this action: *Lauren P. Greene, as Chapter 7 Trustee, and Leonora Carapella v. Stanley J. Galewski, and Galewski Law Group, P.A.*, Adv. Pro. No. 8:11-ap-00931-MGW, filed on August 18, 2011.

**DONE** and **ORDERED** in Tampa, Florida on November 22, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record
U. S. Bankruptcy Court Clerk

S:\Even\2011\11-cv-2318.mtwithreference4.frm